# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137378(34)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID McMILLIAN,
            Plaintiff-Appellant,

v

DTE ENERGY,
            Defendant-Appellee.

_____/

SC: 137378
COA: 286371
Wayne CC: 03-325112-CZ

On order of the Court, the motion for reconsideration of this Court's November 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

p0217